IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LONGACRE, *et al.*<br><br>Defendants. | CIVIL ACTION NO. 16-CV-01950 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, United States of America, by its attorneys, Louis D. Lappen, Acting United States Attorney, and Jacqueline C. Romero and John T. Crutchlow, Assistant United States Attorneys, hereby notices the voluntary dismissal of the Complaint in this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) due to a settlement agreement entered into by the parties.

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney

JACQUELINE C. ROMERO
JOHN T. CRUTCHLOW
Assistant United States Attorneys

DATED: Oct 18, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Notice of Dismissal to be served by first-class United States mail, postage prepaid, upon the following:

John Longacre
c/o South Philadelphia Tap Room
1509 Mifflin Street
Philadelphia, PA 19145

Robert W. Small, Esq.
Reger Rizzo Darnall LLP
2929 Arch Street
Philadelphia, PA 19104

*Jacqueline C. Romero*
Jacqueline C. Romero
Assistant United States Attorney

Dated: Oct 18, 2017