## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 16-1950** |
| : | |
| : | |
| **JOHN LONGACRE,** *et al.* : | |
| **Defendants.** : | |

## ORDER

    **AND NOW,** this 20th day of October 2017, upon consideration of Plaintiff's Notice of Voluntary Dismissal, it is hereby **ORDERED** that the Clerk is directed to **REMOVE** the case from civil suspense and return it to the active docket for final disposition.   It is further **ORDERED** that the case is **DISMISSED without prejudice**.  The Clerk is directed to **CLOSE** the case.

    It is so **ORDERED.**

                    **BY THE COURT:**

                    **/s/Cynthia M. Rufe**

                    _____
                    **CYNTHIA M. RUFE, J.**